**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ZACHARY CLARK,<br><br>      Plaintiff,<br><br>v.<br><br>DRIVEN BRANDS HOLDINGS INC.,<br>JONATHAN FITZPATRICK, MICHAEL F.<br>DIAMOND, MICHAEL BELAND, DANIEL<br>RIVERA, and REBECCA FONDELL<br><br>      Defendants. | Case No. 1:26-cv-01902<br><br>**NOTICE OF VOLUNTARY**<br>**DISMISSAL WITHOUT PREJUDICE**<br>**UNDER FRCP 41(a)(1)(A)(i)** |

Plaintiff Zachary Clark hereby dismisses the above-captioned action against all

Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) without prejudice.


April 21, 2026

/s/ Jeffrey C. Block
**BLOCK & LEVITON LLP**
Jeffrey C. Block
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
jeff@blockleviton.com

*Counsel for Plaintiff*